Case 4:12-cr-00293-SWW   Document 257   Filed 01/19/16   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| V. | * | |
| | * | NO: 4:12CR00293-04  SWW |
| CLYDE JOHNSON | * | |
| | * | |

## FINAL ORDER OF FORFEITURE

On March 3, 2015, the Court entered a Preliminary Order of Forfeiture (ECF No. 198), ordering Clyde Johnson ("Defendant") to forfeit his interest in a Highpoint .40 Caliber, bearing serial number X711739 ("forfeited property").  The Order provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Defendant, and no one has filed a claim to the forfeited property.  The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture.  The United States now has all right, title, and interest in the forfeited property.  Any prior claims in and against the forfeited property are extinguished and declared void.  The property shall be turned over to the United States Marshals Service and disposed of according to law.

IT IS SO ORDERED THIS 19TH  DAY OF JANUARY, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE